UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **CHRISTOPHER HAYNIE,** | : | VIOLATIONS: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about June 2, 2006, within the District of Columbia, **CHRISTOPHER DEE HAYNIE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 99-252, and in Prince George's County, Maryland, Criminal Case No. CT 941747X, did unlawfully and knowingly receive and possess a firearm, that is, Bryco Arms .25 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .25 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1));

## COUNT TWO

On or about June 2, 2006, within the District of Columbia, **CHRISTOPHER DEE HAYNIE**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT THREE

On or about June 2, 2006, within the District of Columbia, **CHRISTOPHER DEE HAYNIE**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of ecstasy, a Schedule II controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT FOUR

On or about June 2, 2006, within the District of Columbia, **CHRISTOPHER DEE HAYNIE**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia