**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**UNITED STATES OF AMERICA**          :   **No. 1:06-CR-285-RMC**
                                      :
              **v.**                  :
                                      :
**CHRISTOPHER HAYNIE,**               :
                                      :
        **Defendant.**                :

                        O R D E R

    Upon consideration of the government's motion to introduce
evidence of another crime, pursuant to rule 404(b), any
opposition thereto, and the entire record in this matter, it is
hereby ORDERED that the motion is GRANTED.




                            _____
                            Rosemary M. Collyer
                            United States District Judge




_____
date