UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-285(RMC) |
| ) | |
| CHRISTOPHER HAYNIE ) | |

**ORDER**

That upon consideration of Christopher Haynie's Motion to Suppress Statements it is hereby

**ORDERED**, THAT THE MOTION IS GRANTED

**FURTHER ORDERED** that any and all statements, including the video-taped statement made by Mr. Haynie at the 7th District Police Station on June 2, 2006 are suppressed.

**SO ORDERED**

_____                                                                  _____
DATE                                                                                       ROSEMARY M. COLLYER
                                                                                                    UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Michael Liebman
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530