UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.          ) | No. 1:06-CR-285-RMC |
| ) | |
| **CHRISTOPHER HAYNIE**        ) | |

Government's Consent Motion for Extension of Time to File Memorandum in Opposition to Defendant's Motion to Suppress
<u>Statements</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves, pursuant to rule 45(b)(1)(B) of the Federal Rules of Criminal Procedure, for an extension of time within which to file a memorandum in opposition to defendant Christopher Haynie's motion to suppress statements.

On November 16, 2006, the parties appeared before the Court for a status hearing, during which the Court set a motions deadline of November 24, 2006, but did not set either a response/reply deadline or a date for a motions hearing. The Court did set a further status hearing for January 4, 2007.

On November 22, 2006, the government filed motions under rules 404(b) and 609 of the Federal Rules of Evidence, and on November 24, 2006, the defendant filed a motion to suppress statements. Pursuant to rule 47(b) of the Local Criminal Rules, the government's time to file a memorandum of points and authorities in opposition to the defendant's suppression motion expired on December 5, 2006.

The government submits that its failure to file a timely opposition is due to excusable neglect, and moves the Court to grant an enlargement of time to December 22, 2006.

Counsel for the defendant has advised that the defendant does not oppose this motion. A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

by: _____
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C.  20004
353-2385
michael.liebman@usdoj.gov