**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  No. 1:06-CR-285-RMC |
| | ) |
| **CHRISTOPHER HAYNIE** | ) |

O R D E R

Upon the unopposed motion of the government, and for good cause shown, the Court hereby ORDERS, pursuant to rule 45(b)(1)(B) of the Federal Rules of Criminal Procedure, that the time for the government to file a memorandum of points and authorities, in opposition to defendant Christopher Haynie's motion to suppress statements, is extended such that the filing is due no later than December 22, 2006.

SO ORDERED.

_____
date

_____
Rosemary M. Collyer
United States District Judge