UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-285 (RMC)** |
| v. | : | GRAND JURY ORIGINAL |
| **CHRISTOPHER DEE HAYNIE,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of Ammunition by a |
| | : | Person Convicted of a Crime Punishable by |
| | : | Imprisonment for a Term Exceeding One Year); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about June 2, 2006, within the District of Columbia, **CHRISTOPHER DEE HAYNIE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 99-252, and in Prince George's County, Maryland, Criminal Case No. CT 941747X, did unlawfully and knowingly receive and possess a firearm, that is, Bryco Arms .25 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .25 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about June 2, 2006, within the District of Columbia, **CHRISTOPHER DEE HAYNIE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 99-252, and in Prince George's County, Maryland, Criminal Case No. CT 941747X, did unlawfully and knowingly receive and possess ammunition, that is, .45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>   (**Unlawful Possession of Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about June 2, 2006, within the District of Columbia, **CHRISTOPHER DEE HAYNIE**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

>   (**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT FOUR

On or about June 2, 2006, within the District of Columbia, **CHRISTOPHER DEE HAYNIE**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of ecstasy, a Schedule II controlled substance.

>   (**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT FIVE

On or about June 2, 2006, within the District of Columbia, **CHRISTOPHER DEE HAYNIE**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia