PD 47        METROPOLITAN POLICE DEPARTMENT
Rev. 8/73     WARNING AS TO YOUR RIGHTS

You are under arrest. Before we ask you any questions, you must understand what your rights are.

You have the right to remain silent. You are not required to say anything to us at anytime or to answer any questions. Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we question you and to have him with you during questioning.

If you cannot afford a lawyer and want one, a lawyer will be provided for you.

If you want to answer questions now without a lawyer present you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

CHRISTOPER HAYNIE

WAIVER

1. Have you read or had read to you the warning as to your rights?   Yes
2. Do you understand these rights?   Yes
3. Do you wish to answer any questions?   Yes
4. Are you willing to answer any questions without having an attorney present?   Yes
5. Signature of defendant on line below.
   X
6. Time  0840          Date  6/2/2006
7. Signature of Officer  _____
8. Signature of Witness  Christopher Haynie