UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**     )
                                 )
    v.                         )   No. 1:06-CR-285-RMC
                                 )
**CHRISTOPHER DEE HAYNIE**       )

O R D E R

The defendant's motion to suppress statements is hereby denied.

_____
date:                              Rosemary C. Collyer
                                   United States District Judge