UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHRISTOPHER HAYNIE )<br>) | Crim. No. 06-285(RMC) |

**O R D E R**

Upon consideration of Defendant's response to the government's motion seeking admission of evidence pursuant to Federal Rules of Evidence 404(b) and 609, it is hereby

**ORDERED** that the government's Motion is denied.

**SO ORDERED.**

_____                                                                     _____
DATE                                                                                    ROSEMARY M. COLLYER
                                                                                                 UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Michael Liebman
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530