**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )   **Crim. No. 06-285-RMC** |
| | ) |
| **CHRISTOPHER DEE HAYNIE** | ) |

Government's Consent Motion to Convert Motions Hearing to Guilty
<u>Plea Hearing</u>

The United States of America, by and through the United

States Attorney for the District of Columbia, hereby moves to

convert the motions hearing in this case, scheduled for March 23,

2007, to a hearing to for entry of a guilty plea, as the parties

have reached a written plea agreement in this matter, which

agreement has been signed by counsel for both parties and the

defendant personally.

Counsel for the defendant has advised that the defendant

does not oppose this motion.

                         Respectfully submitted,

                         JEFFREY A. TAYLOR
                         UNITED STATES ATTORNEY

                             /s/
      by: _____
                         Michael C. Liebman
                         Assistant United States Attorney
                         D.C. Bar No. 479562
                         555 Fourth Street, N.W., room 4231
                         Washington, D.C.  20004
                         353-2385
                         michael.liebman@usdoj.gov